■ ALEXANDER KOMOLOV et al., Appellants, v DAVID SEGAL et al., Respondents. [985 NYS2d 411]—Order, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered August 19, 2013, which granted defendants' motion to dismiss the thirteenth cause of action, unanimously affirmed, with costs.

The thirteenth cause of action for unjust enrichment is precluded in this case because it seeks precisely the same relief that was barred by the statute of frauds. Concur—Gonzalez, P.J., Friedman, Moskowitz, Freedman and Kapnick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY POTTS, Appellant. [985 NYS2d 411]—Judgments, Supreme Court, New York County (Carol Berkman, J.), rendered on or about June 27, 2012, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1st Dept 1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Gonzalez, P.J., Friedman, Moskowitz, Freedman and Kapnick, JJ.